UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GARY LABARBERA and FRANK FINKEL,
Trustees of Local 282 International Brotherhood of
Teamsters Welfare, Pension, Annuity, Job Training
and Vacation Sick Leave Trust Funds,

                         Plaintiffs,

-against-

A. WILLIAMS TRUCKING & BACKHOE
TRENCHING, INC., d/b/a A. WILLIAMS
CONS.,

                         Defendants.
---------------------------------------------------------X

JUDGMENT
07-CV-5254 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★                        ★
FEB 28 2008
P.M.
TIME A.M.

       An Order of Honorable John Gleeson, United States District Judge, having been filed on February 26, 2008, directing the Clerk of Court to enter a default judgment against the defendant in the amount of $60,771.62; it is

       ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Gary LaBarbera and Frank Finkel, Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation Sick Leave Trust Funds, and against defendant, A. Williams Trucking & Backhoe Trenching, Inc., d/b/a Williams Cons, in the amount of $60,771.62.

Dated: Brooklyn, New York
         February 28, 2008

                                       ROBERT C. HEINEMANN
                                       Clerk of Court

                                       By  Terry Vaughn
                                                    Chief Deputy